| Vendor_Name | Invoice_Num | Invoice_Date | Invoice_Amount | Payment_Amount | Check_Number | Check_Date | Check_Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|
| MANHATTAN BEER/64351317O010 | 040415-AP | 4/4/2015 | 107,089.18 | 107,089.18 | 5299659 | 4/17/2015 | 192,585.36 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 040415-PM | 4/4/2015 | 74,370.46 | 74,370.46 | 5299659 | 4/17/2015 | 192,585.36 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 040415-FE | 4/4/2015 | 9,854.52 | 9,854.52 | 5299659 | 4/17/2015 | 192,585.36 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 040415-FB | 4/4/2015 | 1,271.20 | 1,271.20 | 5299659 | 4/17/2015 | 192,585.36 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 032815-AP | 3/28/2015 | 94,287.05 | 94,287.05 | 5299132 | 4/15/2015 | 185,417.22 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 032815-FE | 3/28/2015 | 11,275.94 | 11,275.94 | 5299132 | 4/15/2015 | 185,417.22 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 032815-PM | 3/28/2015 | 79,174.79 | 79,174.79 | 5299132 | 4/15/2015 | 185,417.22 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 032815-FB | 3/28/2015 | 679.44 | 679.44 | 5299132 | 4/15/2015 | 185,417.22 | 4/22/2015 |
| MANHATTAN BEER/64351317O010 | 041115-AP | 4/11/2015 | 102,251.98 | 102,251.98 | 5301485 | 4/29/2015 | 200,135.61 | 5/4/2015 |
| MANHATTAN BEER/64351317O010 | 041115-PM | 4/11/2015 | 84,838.61 | 84,838.61 | 5301485 | 4/29/2015 | 200,135.61 | 5/4/2015 |
| MANHATTAN BEER/64351317O010 | 041115-FE | 4/11/2015 | 12,237.45 | 12,237.45 | 5301485 | 4/29/2015 | 200,135.61 | 5/4/2015 |
| MANHATTAN BEER/64351317O010 | 041115-FB | 4/11/2015 | 807.57 | 807.57 | 5301485 | 4/29/2015 | 200,135.61 | 5/4/2015 |
| MANHATTAN BEER/64351317O010 | 041815-AP | 4/18/2015 | 121,104.87 | 121,104.87 | 5302896 | 5/6/2015 | 251,476.39 | 5/11/2015 |
| MANHATTAN BEER/64351317O010 | 041815-PM | 4/18/2015 | 118,983.68 | 118,983.68 | 5302896 | 5/6/2015 | 251,476.39 | 5/11/2015 |
| MANHATTAN BEER/64351317O010 | 041815-FE | 4/18/2015 | 10,084.88 | 10,084.88 | 5302896 | 5/6/2015 | 251,476.39 | 5/11/2015 |
| MANHATTAN BEER/64351317O010 | 041815-FB | 4/18/2015 | 1,302.96 | 1,302.96 | 5302896 | 5/6/2015 | 251,476.39 | 5/11/2015 |
| MANHATTAN BEER/64351317O010 | 042515-AP | 4/25/2015 | 135,361.41 | 135,361.41 | 5303956 | 5/13/2015 | 303,622.19 | 5/18/2015 |
| MANHATTAN BEER/64351317O010 | 042515-PM | 4/25/2015 | 154,079.21 | 154,079.21 | 5303956 | 5/13/2015 | 303,622.19 | 5/18/2015 |
| MANHATTAN BEER/64351317O010 | 042515-FE | 4/25/2015 | 11,685.08 | 11,685.08 | 5303956 | 5/13/2015 | 303,622.19 | 5/18/2015 |
| MANHATTAN BEER/64351317O010 | 042515-FB | 4/25/2015 | 2,496.49 | 2,496.49 | 5303956 | 5/13/2015 | 303,622.19 | 5/18/2015 |
| MANHATTAN BEER/64351317O010 | 050215-FE | 5/2/2015 | 18,642.84 | 18,642.84 | 5304472 | 5/15/2015 | 165,554.93 | 5/19/2015 |
| MANHATTAN BEER/64351317O010 | 050215-AP | 5/2/2015 | 145,913.80 | 145,913.80 | 5304472 | 5/15/2015 | 165,554.93 | 5/19/2015 |
| MANHATTAN BEER/64351317O010 | 050215-FB | 5/2/2015 | 998.29 | 998.29 | 5304472 | 5/15/2015 | 165,554.93 | 5/19/2015 |
| MANHATTAN BEER/64351317O010 | 050215-PM | 5/2/2015 | 89,133.08 | 89,133.08 | 5304988 | 5/20/2015 | 89,133.08 | 5/27/2015 |
| MANHATTAN BEER/64351317O010 | 050915-PM | 5/9/2015 | 101,042.63 | 101,042.63 | 5306035 | 5/27/2015 | 249,318.29 | 6/3/2015 |
| MANHATTAN BEER/64351317O010 | 050915-AP | 5/9/2015 | 130,518.12 | 130,518.12 | 5306035 | 5/27/2015 | 249,318.29 | 6/3/2015 |
| MANHATTAN BEER/64351317O010 | 050915-FE | 5/9/2015 | 16,611.03 | 16,611.03 | 5306035 | 5/27/2015 | 249,318.29 | 6/3/2015 |
| MANHATTAN BEER/64351317O010 | 050915-FB | 5/9/2015 | 1,146.51 | 1,146.51 | 5306035 | 5/27/2015 | 249,318.29 | 6/3/2015 |
| MANHATTAN BEER/64351317O010 | 051615-AP | 5/16/2015 | 186,912.14 | 186,912.14 | 5307469 | 6/3/2015 | 315,196.23 | 6/5/2015 |
| MANHATTAN BEER/64351317O010 | 051615-PM | 5/16/2015 | 114,614.21 | 114,614.21 | 5307469 | 6/3/2015 | 315,196.23 | 6/5/2015 |
| MANHATTAN BEER/64351317O010 | 051615-FE | 5/16/2015 | 13,669.88 | 13,669.88 | 5307469 | 6/3/2015 | 315,196.23 | 6/5/2015 |
| MANHATTAN BEER/64351317O010 | 051615-FB | 5/16/2015 | 763.45 | 763.45 | 5306915 | 6/3/2015 | 763.45 | 6/5/2015 |
| MANHATTAN BEER/64351317O010 | 052315-AP | 5/23/2015 | 326,942.72 | 326,942.72 | 5308437 | 6/10/2015 | 598,075.53 | 6/15/2015 |
| MANHATTAN BEER/64351317O010 | 052315-PM | 5/23/2015 | 250,688.86 | 250,688.86 | 5308437 | 6/10/2015 | 598,075.53 | 6/15/2015 |
| MANHATTAN BEER/64351317O010 | 052315-FE | 5/23/2015 | 17,721.18 | 17,721.18 | 5308437 | 6/10/2015 | 598,075.53 | 6/15/2015 |
| MANHATTAN BEER/64351317O010 | 052315-FB | 5/23/2015 | 2,722.77 | 2,722.77 | 5308437 | 6/10/2015 | 598,075.53 | 6/15/2015 |
| MANHATTAN BEER/64351317O010 | 053015-AP | 5/30/2015 | 149,489.84 | 149,489.84 | 5309412 | 6/17/2015 | 284,190.54 | 6/22/2015 |
| MANHATTAN BEER/64351317O010 | 053015-PM | 5/30/2015 | 117,836.81 | 117,836.81 | 5309412 | 6/17/2015 | 284,190.54 | 6/22/2015 |
| MANHATTAN BEER/64351317O010 | 053015-FE | 5/30/2015 | 15,440.17 | 15,440.17 | 5309412 | 6/17/2015 | 284,190.54 | 6/22/2015 |
| MANHATTAN BEER/64351317O010 | 053015-FB | 5/30/2015 | 1,423.72 | 1,423.72 | 5309412 | 6/17/2015 | 284,190.54 | 6/22/2015 |
| MANHATTAN BEER/64351317O010 | 062015-PM | 6/20/2015 | 169,627.74 | 169,627.74 | 4042668 | 6/29/2015 | 465,262.51 | 6/29/2015 |
| MANHATTAN BEER/64351317O010 | 062015-AP | 6/20/2015 | 273,288.67 | 273,288.67 | 4042668 | 6/29/2015 | 465,262.51 | 6/29/2015 |
| MANHATTAN BEER/64351317O010 | 062015-FE | 6/20/2015 | 2,441.57 | 2,441.57 | 4042668 | 6/29/2015 | 465,262.51 | 6/29/2015 |
| MANHATTAN BEER/64351317O010 | 062015-FB | 6/20/2015 | 19,904.53 | 19,904.53 | 4042668 | 6/29/2015 | 465,262.51 | 6/29/2015 |
| MANHATTAN BEER/64351317O010 | 062015-FE | 6/20/2015 | 2,197.96 | 2,197.96 | 5311153 | 6/26/2015 | 340,254.38 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 061315-FB | 6/13/2015 | 132,124.88 | 132,124.88 | 5311153 | 6/26/2015 | 340,254.38 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 061315-PM | 6/13/2015 | 168,924.14 | 168,924.14 | 5311153 | 6/26/2015 | 340,254.38 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 061315-AP | 6/13/2015 | 20,039.55 | 20,039.55 | 5311153 | 6/26/2015 | 340,254.38 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 061315-FE | 6/13/2015 | 161,671.07 | 161,671.07 | 5310501 | 6/24/2015 | 261,911.99 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 060615-AP | 6/6/2015 | 1,859.85 | 1,859.85 | 5310501 | 6/24/2015 | 261,911.99 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 060615-FB | 6/6/2015 | 98,381.07 | 98,381.07 | 5310501 | 6/24/2015 | 261,911.99 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 060615-PM | 6/6/2015 | 16,967.85 | 16,967.85 | 5311153 | 6/26/2015 | 340,254.38 | 6/30/2015 |
| MANHATTAN BEER/64351317O010 | 060615-FE | 6/6/2015 | 257,713.01 | 257,713.01 | 4042916 | 7/6/2015 | 288,824.93 | 7/6/2015 |
| MANHATTAN BEER/64351317O010 | 062715-PM | 6/27/2015 | 4,373.87 | 4,373.87 | 4042916 | 7/6/2015 | 288,824.93 | 7/6/2015 |
| MANHATTAN BEER/64351317O010 | 062715-FB | 6/27/2015 | 26,738.05 | 26,738.05 | 4042916 | 7/6/2015 | 288,824.93 | 7/6/2015 |
| MANHATTAN BEER/64351317O010 | 062715-FE | 6/27/2015 | 282,960.05 | 282,960.05 | 4042947 | 7/7/2015 | 282,960.05 | 7/7/2015 |
| MANHATTAN BEER/64351317O010 | 062715-AP | 6/27/2015 | 333,823.11 | 333,823.11 | 4043112 | 7/13/2015 | 587,781.91 | 7/13/2015 |
| MANHATTAN BEER/64351317O010 | 070415-AP | 7/4/2015 | | | | | | |

| Vendor_Name | Invoice_Num | Invoice_Date | Invoice_Amount | Payment_Amount | Check_Number | Check_Date | Check_Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|
| MANHATTAN BEER/64351317OO10 | 070415-PM | 7/4/2015 | 256,962.68 | 256,962.68 | 4043112 | 7/13/2015 | 587,781.91 | 7/13/2015 |
| MANHATTAN BEER/64351317OO10 | 070415-FB | 7/4/2015 | 3,918.10 | 3,918.10 | 4043112 | 7/13/2015 | 587,781.91 | 7/13/2015 |
| MANHATTAN BEER/64351317OO10 | 070415-FE | 7/4/2015 | 19,816.07 | 19,816.07 | 4043112 | 7/13/2015 | 587,781.91 | 7/13/2015 |
| | | Total Payments | | 5,089,202.64 | | | | |